**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

**FILED**

DEC 2 0 2005

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

December 20, 2005

TO:  Counsel of Record

SUBJECT:    **LOCAL RULE OF CIVIL PROCEDURE 5.1.5,** *Documents Filed Under*
*Seal*

CIVIL ACTION NO. 98-cv-4076
                        Susan E. Cullen, et al     vs.   Whitman Medical Corporation, et al

**N O T I C E**

          Pursuant to Rule 5.1.5 of the Local Rules of Civil Procedure, Documents Filed
Under Seal, *as approved and adopted by the judges of the United States District Court for the*
*Eastern District of Pennsylvania,* effective March 1, 2005, the below noted document(s)
continue(s) to remain sealed. The two-year period prescribed by L.R.C.P. 5.1.5 (b)(2) has now
concluded and the Court has not entered an order continuing its sealed status beyond that time.

          In accordance with L.R.C.P. 5.1.5(c), this is to notify you that the aforesaid
document(s) will be unsealed unless you advise the Clerk in writing within sixty (60) days from
the date of this notice, that you object to the unsealing of said document(s).  If you object to the
unsealing of the document(s) or if this Notice is returned unclaimed, the court will make a
determination, on a case-by-case basis, whether to maintain the document(s) under seal, to unseal
the document(s) under seal, or to require further notification.

**DOCUMENT(s) CURRENTLY UNDER SEAL:**
**Paper No. 78  Filed on July 15, 1999  Surreply memorandum by Plaintiff Susan E. Cullen,**
**Plaintiff Mary Beth Phelps, Plaintiff Monica Davis in support of Plaintiff's motion to**
**compel, for sanctions, and contempt, and requiring creation of a document depository in**
**Philadelphia, and for extension of the discovery cut-off**
**Paper No. 79  Filed on July 15, 1999  Exhibit "A" by Plaintiff Susan E. Cullen, Plaintiff**
**Mary Beth Phelps, Plaintiff Monica Davis to Plaintiff's surreply memorandum in support**
**of their motion to compel, for sanctions, and contempt, and requiring creation of a**
**document depository in Philadelphia, and for extension of the discovery cut-off**
**Paper No. 104  Filed on November 10, 1999  Plaintiffs' reply memorandum in opposition to**
**the motion of the ARDMS regarding confidentiality and cross motion to unseal this**
**memorandum**
**Paper No. 132  Filed on February 16, 2000  Memorandum in support of the motion of**
**Intervenor Plff Melissa Mann for certification of a class under Rules 23(b)(1) &(3),**

5-10-06
e mail from
Marie ABChambers
nothing received

5-11-06
Pleading Unsealed
Pursuant to LRCP 5.1.5

F.R.C.P. and renewed motion of the Plffs Cullen, Davis and Phelps for certification of this action as a class action under Rule 23(b)(1), F.R.C.P.

Paper No. 133  Filed on February 16, 2000  Declaration of Howard Langer in support of the motion of Intervenor Melissa Mann for certification of a class under Rules 23(b)(1) &(3), F.R.C.P. and renewed motion of the Plffs Cullen, Davis and Phelps for certification of this action as a class action under Rule 23(b)(1), F.R.C.P.

Paper No. 144  Filed on March 9, 2000  Intervenor complaint of Melissa Mann

Paper No. 149  Filed on March 28, 2000  Supplemental Declaration of Howard Langer, Esquire, in support of the motion of intervenor Plaintiff Melissa Mann for certification of a class under Rules 23(b)(1) &(3), F.R.C.P. and renewed motion of the Plffs Cullen, Davis and Phelps for certification of this action as a class action under Rule 23(b)(1), F.R.C.P.

Paper No. 221  Filed on July 20, 2001  Motion by Plaintiff Monica Davis, Plaintiff Mary Beth Phelps, Plaintiff Susan E. Cullen to approve final report of the claims administrator and to authorize distribution of the fund

Paper No. 223  Filed on July 26, 2001  Amended final report of the claims adminstrator

A copy of Local Rule of Civil Procedure 5.1.5 is attached for your convenient reference. If you have any questions, please call Gregg Swierczynski at (267) 299-7022.

Very truly yours,

MICHAEL E. KUNZ
CLERK OF COURT

Gregg Swierczynski
Deputy Clerk

Copies by mail to:

| James Lewis Griffith | Kim A. Zeitlin | Nathan E. Kase | M. Norman Goldberger |
|---|---|---|---|
| Geoffrey N. Blue | Peter W. Homer | Ruben Honik | Matthew A. White |
| Jerome J. Shestack | David S. Fryman | Darryl J. May | Kay E. Sickles |
| Roberta D. Liebenberg | Howard Langer | Arthur R.G. Solmssen | |

Notice L.R. 5.1.5.frm